IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| DALE WAKEFIELD, STEVEN MABLE, AND ALL SIMILARLY SITUATED IN INDEFINITE AND LONG-TERM SOLITARY CONFINEMENT, Plaintiffs, Pro Se, VS. | CIVIL ACTION NO. 2:20-CV-01771-CRE |
| JOHN WETZEL, SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, Defendant. | CHIEF UNITED STATES MAGISTRATE JUDGE CYNTHIA REED EDDY |

FILED
AUG 25 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## "PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT"

COMES NOW, named Plaintiffs Dale Wakefield and Steven Mable, individually and on behalf of all those similarly situated in indefinite and long-term solitary confinement, timely file this second amended class action complaint pursuant to Fed.R.Civ.P. 15(a)(2),(c) per Chief United States Magistrate Judge Cynthia Reed Eddy's Order filed on the 12th day of August 2021, asserting the following:

1. Plaintiffs assert that since November 16, 2020, the date of the original pleading naming John Wetzel as the sole Defendant, the Plaintiffs have uncovered and determined that Stephen Moniak, Senior Deputy Attorney General, and the Pennsylvania Office of Attorney General, have willfully colluded and engaged in a conspiracy with Defendant Wetzel to:

    (a) unlawfully warehouse the Plaintiffs in the extreme conditions of indefinite and long-term solitary confinement;

    (b) deliberately deny constitutional rights at substantive due process and equal protections to Plaintiffs causing irreparable harm, with impunity;

    (c) treat Plaintiffs indifferently, unequally, and as a separate but distinct class of individuals discriminating against Plaintiffs due to their mental health disabilities in violation of the American with Disabilities Act.

2. Plaintiffs assert that the above violations and unlawful acts by Stephen Moniak and the Pennsylvania Office of Attorney General, while acting in collusion with Defendant Wetzel, are in furtherance of the BIG business of mass incarceration where they benefited and continue to benefit from the unlawful warehousing of the Plaintiffs, in light of their mental health exacerbating.

3. Plaintiffs assert that Stephen Moniak and the Pennsylvania Office of Attorney General, like Defendant Wetzel, are in violation of public trust and their oath of office. They have foregone their fidelity to the United States Constitution because of greed caused by the BIG business of mass incarceration.

WHEREFORE, Plaintiffs specifically add Stephen Moniak, Senior Deputy Attorney General, as a named Defendant in this class action complaint, to be sued in his individual capacity, and to be sued in his official capacity as an agent of the Pennsylvania Office of Attorney General. Additionally, Plaintiffs add the Pennsylvania Office of Attorney General as a named Defendant to be sued in their official capacity. Also, due to the gravity of this serious matter where life and death are concerned, Plaintiffs seek the following additional relief:

(i) sanctions against Senior Deputy Attorney General, Stephen Moniak;

(ii) immediate disbarment of Stephen Moniak;

(iii) One Hundred Thousand Dollars each year for being so unlawfully held in the extreme conditions of indefinite and long-term solitary confinement;

(iv) immediate investigation into the Pennsylvania Office of Attorney General;

(v) adding Stephen Moniak and the Pennsylvania Office of Attorney General as named Defendants in this class action lawsuit, as part of the caption name.

(vi) expedite for immediate injunction relief;

(vii) expedite for immediate jury trial.

Plaintiffs declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge and belief.

Dated: August 23, 2021

Respectfully Submitted,

Plaintiff, Pro Se
Steven Mable, CW1531
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Plaintiff, Pro Se
Dale Wakefield, LP2965
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing "Plaintiff's Second Amended Class Action Lawsuit" has been mailed by U.S. First Class Mail on this day, August 23, 2021, to the Clerk's Office, United States District Court, 700 Grant Street, Rm. 3110, Pittsburgh, PA 15219, and to Stephen Moniak, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA 17120 in accordance to IFP and the governing rules of law.

Plaintiff, Pro Se
Dale Wakefield, LP2965
SCI Greene
175 Progress Drive
Waynesburg, PA 15370