IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| STEVEN MABLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN WETZEL, SECRETARY OF THE ) <br> PENNSYLVANIA DEPARTMENT OF ) <br> CORRECTIONS, INDIVIDUALLY AND ) <br> IN HIS OFFICIAL CAPACITY; STEPHEN ) <br> MONIAK, SENIOR DEPUTY ATTORNEY ) <br> GENERAL; AND PENNSYLVANIA ) <br> OFFICE OF ATTORNEY GENERAL, ) <br> ) <br> Defendants, ) | 2:20-CV-01771-CRE |

**ORDER**

AND NOW, this 23rd day of May, 2022,

Upon consideration of Defendants' motion to dismiss ECF No. 60, it is HEREBY ORDERED that said motion is granted and Plaintiff's Second Amended Complaint is DISMISSED with prejudice. The Clerk's Office shall mark this CASE CLOSED.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

1